# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

152588(91)(92)(93)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

GILLETTE COMMERCIAL OPERATIONS
NORTH AMERICA & SUBSIDIARIES,
    Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
    Defendant-Appellee.
_____/

SC: 152588
COA: 325258
Ct of Claims: 14-000053-MT

On order of the Chief Justice, the motions for the temporary admission of out-of-state attorneys Richard L. Masters and Jeffrey B. Litwak to appear and practice under MCR 8.126(A) is GRANTED. On further order of the Chief Justice, the motion of the Interstate Commission for Juveniles, the Association of Compact Administrators of the Interstate Compact on the Placement of Children, and Jeffrey B. Litwak to participate as amicus curiae and file an amicus brief is GRANTED. The amicus brief submitted on January 19, 2016, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016

